IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY D. RICHMOND**                                                                  **PLAINTIFF**

v.                      **CASE NO. 4:24-CV-00220-BSM**

**OFFICE OF CHILD SUPPORT ENFORCEMENT,** *et al.*           **DEFENDANTS**

**<u>ORDER</u>**

Corey Richmond's complaint is dismissed for lack of subject matter jurisdiction for the same reasons as his previous, nearly identical one. *See* Doc. Nos. 2 & 4, *Richmond v. Office of Child Support Enforcement et al.*, Case No. 4:24-cv-00032-BSM (E.D. Ark.). His motion for a temporary restraining order [Doc. No. 3] is therefore denied as moot. The clerk is directed not to open any further cases filed by Richmond in relation to his child support obligations unless he pays the $405 filing fee.

IT IS SO ORDERED this 11th day of March, 2024.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE