IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY D. RICHMOND**                                              **PLAINTIFF**

v.                              **CASE NO. 4:24-CV-00220-BSM**

**OFFICE OF CHILD SUPPORT ENFORCEMENT,** *et al.*         **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE